IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-03093-WYD-BNB

DEBORAH SMITH,

    Plaintiff,

v.

PROFESSIONAL DEBT MEDIATION, INC., a Florida corporation,

    Defendant.

## ORDER OF DISMISSAL

The Court, having reviewed Plaintiff's Notice of Dismissal With Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 10) and being fully advised in the premises,

ORDERS that this case is **DISMISSED WITH PREJUDICE**, with each party to bear her or its own attorney's fees and costs.

Dated:  April 2, 2014

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Senior United States District Judge